ACCEPTED
14-15-00510-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 4:22:09 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00510-CR

In the
# Court of Appeals
For the
# Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 4:22:09 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

No. 1425867
In the 209th District Court
Of Harris County, Texas

———————◆———————

# STATE OF TEXAS
v.
# ABIGAIL MARIE STUBBS

———————◆———————

## STATE'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.	Appellee was charged with the felony offense of online impersonation.

2.	She filed a pre-trial writ of habeas corpus, challenging the constitutionality of the statute. The trial court granted her

motion, dismissing the indictment. The State timely filed its notice of appeal.

3.  The State's brief was due, after two extensions, on October 9, 2015. The State requests an additional extension of 30 days, until November 9, 2015.

4.  The undersigned attorney has filed four briefs in the last 45 days and has three more briefs due in the next 30 days. The undersigned attorney recently spoke at TDCAA's Annual Conference on Scotus and CCA Caselaw Update and wrote an article for The Prosecutor.

5.  The undersigned attorney has begun work on this brief and anticipates having it filed by the requested extension deadline.

6.  The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until November 9, 2015.

Respectfully submitted,

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas

1201 Franklin, Suite 600
Houston, Texas 77002
State Bar Number: 24029415
akins_jessica@dao.hctx.net

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on October 9, 2015,

a copy of the foregoing was served upon Appellee's counsel:

Mark Bennett
Attorney at Law
917 Franklin Street, Fourth Floor
Houston, Texas 77002
mb@ivi3.com

/S/ *Jessica Akins*
Assistant District Attorney
Harris County, Texas
akins_jessica@dao.hctx.net